FRANCIS L. GRAHLFS, Appellant, v. LOUIS BARTH and Another, Defendants. FRANK ABRUZZO, Respondent.— Motion for leave to appeal to the Court of Appeals denied. It appearing that a bond had been filed, the decision handed down by this court on November 11, 1927,* is modified so as to provide that a stay be

* See ante, p. 683.— [REP.

granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper and Seeger, JJ.; Carswell, J., not voting.